1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | Case No. 1:23-cv-00205-SAB |
| Plaintiff, | ORDER VACATING ALL DATES AND DEADLINES PURSUANT TO NOTICE OF SETTLEMENT AND ORDERING DISPOSITIONAL DOCUMENTS |
| v. | |
| GUITI JIANG, et al., | (ECF No. 16) |
| Defendants. | **DEADLINE: SEPTEMBER 5, 2023** |

On August 4, 2023, Plaintiff filed a notice of settlement of this entire action.  (ECF No. 16.)  "Upon such notification of . . . resolution of an action . . . the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause."  L.R. 160(b).  The Plaintiff's filing requests until September 5, 2023, to file dispositional documents, in order to finalize the settlement terms.  The Court finds good cause to grant the additional time to file dispositional documents.

/ / /
/ / /
/ / /
/ / /
/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED, including the scheduling conference currently set for August 11, 2023; and

2. The parties shall file dispositional documents **on or before September 5, 2023**.

IT IS SO ORDERED.

Dated:   **August 4, 2023**

_____
UNITED STATES MAGISTRATE JUDGE